17D02-2311-CT-000048

Filed: 11/24/2023 7:05 AM
Clerk
DeKalb County, Indiana

DeKalb Superior Court 2

USDC IN/ND case 1:23-cv-00529-CCB-SLC document 4 filed 11/24/23 page 1 of 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DEKALB CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF DEKALB | ) | CAUSE NO._____ |

DALE K.R. MILLER
    Plaintiff,
vs.

CITY OF GARRETT, CHIEF OF
POLICE GERALD KLINE,
OFFICER ADAM E. SHEFFIELD,
and UNKNOWN OFFICERS
JOHN/JANE DOE(S).
    Defendants.

## COMPLAINT

Plaintiff, by counsel, alleges against Defendants that:

1. The Plaintiff, Dale K.R. Miller, is a 53-year-old Indiana resident. He filed a Tort Claim Notice on or about May 24, 2022, a copy of which is attached hereto, made a part hereof, and incorporated herein as Exhibit "A".

2. In short summation, on or about November 25, 2023, the Garrett P.D. had received information that a GMC Sierra was driving erratically, and possibly intoxicated. When the Garrett P.D. arrived at the location, they reportedly saw Mr. Miller walking away from a Sierra pick-up. And after quickly concluding Mr. Miller was evading their authority (although hobbling with a broken ankle), the officers stopped any further acts of evasion by placing Mr. Miller on the ground (i.e. tackled) after he failed to heed purported verbal commands. As a direct result of officers' behavior, Mr. Miller suffered egregious damages to face/head.

3. Defendant City of Garrett and Chief of Police Gerald Kline are named in their representative capacity as the employers of Garrett Police Officer Adam E. Sheffield and Unknown John/Jane Doe officers. The City of Garrett is responsible for the

1

actions of Adam E. Sheffield and Unknown Officers John Does/Jane Doe(s) under the doctrine of *respondeat superior*. Officer Adam E. Sheffield and Unknown Officers John Does/Jane Does officers committed battery on the Plaintiff in tackling an unaware Mr. Miller, who was already struggling to walk, hobbling from a prior injury (broken ankle), thereby exacerbating the ankle, and causing additional severe injuries including multiple facial fractures, facial lacerations, a deviated septum, and pneumocephalus.

4. Defendants Officer Adam E. Sheffield and Uknown Officers John Doe/Jane Doe(s) are named as Defendants in their individual capacity as they were, on or about November 25, 2021, operating in their individual capacity as persons under color of law and a law enforcement officer for the City of Garrett when Defendant, and all of them, used excessive force on Plaintiff in violation of the Fourth Amendment of the United States Constitution. Defendants, and all of them, acted intentionally, willfully, wantonly and in reckless disregard of Plaintiff's federally protected rights to be free from excessive force under the Fourth Amendment and 42 U.S.C. § 1983.

5. Defendants' actions, each of them, caused Plaintiff to be damaged and injured, to-wit, he experienced physical pain, mental suffering, emotional distress, mental anguish, embarrassment, humiliation, medical expenses, and other damages and injuries for which he seeks compensatory damages.

6. Defendant's actions, and each of them, were intentional, knowing, willful, wanton, and in reckless disregard of Plaintiff's federally protected rights warranting an imposition of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants, for compensatory damages, punitive damages, reasonable attorney's fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**NDH LEGAL**

/s/ Nathan D. Hoggatt

Nathan D. Hoggatt, #26412-02E.
Wayne Street, Suite 100
Fort Wayne, IN 46802
Telephone: (260) 755-2183
E-mail: ndhlegal@gmail.com
Counsel for Plaintiff

**17D02-2311-CT-000048**  
DeKalb Superior Court 2

Filed: 11/24/2023 7:05 AM  
Clerk  
DeKalb County, Indiana

USDC IN/ND case 1:23-cv-00529-CCB-SLC    document 4    filed 11/24/23    page 4 of 5



# NDH LEGAL — ATTORNEY NATHAN D. HOGGATT

327 E. Wayne Street, Ste 100  
Fort Wayne, Indiana 46802  
NDHLEGAL.COM

TELEPHONE: (260) 755-2183

E-MAIL: ndhlegal@Gmail.com

May 24, 2022

<u>VIA CERTIFIED MAIL</u>  
(Return Receipt Requested)

Mayor, Todd Fiandt  
Garrett City Hall  
130 S. Randolph Street  
Garrett, Indiana 46738

Chief of Police, Gerald Kline  
Garrett City Police Department  
200 North Cowen Street  
Garrett, Indiana 46738



## TORT CLAIM NOTICE

Re: <u>Dale K.R. Miller v. City of Garrett, Chief of Police, Officer Adam E. Sheffield and other unnamed police officers</u>

Dear Gentlemen:

This letter constitutes the Tort Claim Notice of Dale K.R. Miller ("Claimant").

<u>Date, Time, Place of the Loss</u>:

Claimant was subjected to false arrest and excessive force on November 25, 2021 by officers of the Garrett Police Department. This occurred around 10:10p.m. at or near the 200 block of Second Street, Garrett, Indiana 46738.

<u>Circumstances of Loss</u>:

On November 25, 2021, Claimant was outside of his vehicle, laboring to walk on a previously fractured ankle when Claimant was subjected to unlawful, false arrest and excessive force by officers of the Garrett Police Department, to wit:

1

Claimant was tackled to the ground without notice and thereafter his face was pummeled into the ground by one or more officers of the Garrett Police Department. This occurred around 10:10p.m. at or near the 200 block of Second Street, Garrett, Indiana 46738. Criminal charges are pending (17D01-2203-CM-000083). Officer Adam E. Sheffield, along with other officers of the Garrett Police Department, were acting in their official capacities, as well as their individual capacities under 42 U.S.C. § 1983 when they falsely arrested Claimant and further subjected him to excessive force in effecting said arrest in contravention of the prohibitions against unreasonable seizures proscribed by the Fourth Amendment to the U.S. Constitution.

## Names of All Persons Involved (If Known):

- Dale K.R. Miller - Claimant
- Officer Adam E. Sheffield of the Garrett Police Department
- Garrett P.D. Chief, Gerald Kline
- Garrett P.D. Captain, Craig Pepple
- Unidentified/John Doe Officer of Garrett Police Department

## Damages/Injuries:

Falsely arrested, subjected to excessive force causing severe physical injuries; wrongful impoundment/seizure/conversion of Claimant's vehicle; unlawful/unconstitutional detention of Claimant's vehicle; unlawful storage/impoundment fees; constitutional deprivation of property.

## Relief Sought:

Immediate return of Claimant's vehicle; payment of all storage/impoundment fees; compensatory and punitive damages; reasonable attorney's fees and costs and other damages and injuries under 42 U.S.C. § 1983 and § 1988.

## Residence of Claimant:

Both at the time of loss and presently, Claimant's address is and has been 914 Martz Drive, Auburn, Indiana 46706.

Respectfully,

*[signature]*

Nathan D. Hoggatt
NDH LEGAL