UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DALE K R MILLER, | |
| Plaintiff, | |
| v. | Case No. 1:23-CV-529-CCB-SLC |
| GARRETT CITY OF, et al., | |
| Defendants. | |

## ORDER

Pursuant to the Joint Stipulation to Dismiss (ECF 32) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, each party bearing its own costs, including attorney fees. The Clerk is **DIRECTED** to close this case.

SO ORDERED on April 25, 2025.

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT